**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6912**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

VANCE MARCEL GIBSON, a/k/a Reginald Hilton Belton,

              Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  James A. Beaty, Jr., Chief District Judge.  (6:93-cr-00211-TDS-1)

Submitted:  September 20, 2012     Decided:  November 2, 2012

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Vance Marcel Gibson, Appellant Pro Se.  Sandra Jane Hairston, Robert Michael Hamilton, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vance Marcel Gibson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a reduction of sentence based on Amendment 750 to the U.S. Sentencing Guidelines Manual (2011). We have reviewed the record and conclude the district court did not abuse its discretion in denying the motion. See United States v. Stewart, 595 F.3d 197, 200 (4th Cir. 2010). Accordingly, we affirm for the reasons stated by the district court. See United States v. Gibson, No. 6:93-cr-00211-TDS-1 (M.D.N.C. May 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED